UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN CHARLES PIERRE CONSTANT, III,

    Plaintiff,

v.                                             CASE NO. 3:20cv5389-MCR-EMT

WARDEN CLEMMONS, et al.,

    Defendants.
_____/

## O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on May 19, 2020. ECF No. 5. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

3. All pending motions are denied as MOOT.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 17th day of June 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**